IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
AUG 15 2014
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

BROWNSVILLE GROUP, LLC, §
STEPHEN MILLER, and §
HARRY STOKES, §
§
§
Plaintiffs, §
§
Vs. § Civil Action No. A:14-cv-0568-SS
§
DALTON MENZIES, individually, §
et al, §
§
Defendants. §
§

## MOTION TO DISMISS

Comes now, DALTON MENZIES, individually, (hereinafter "DALTON") appearing in a Pro'Se capacity requesting for the Court to grant his Motion to Dismiss.

Defendant DALTON, in the filing of his Answer on August 7, 2014, dispelled the meritless allegations of the plaintiffs. Although the plaintiffs provided no factual support for their allegations, defendant DALTON, provided the Court with factually based record evidence that DALTON is not a principal of HAMILTON COMMODITIES GROUP, LLC and therefore could not be a party to the action on the basis of law or fact.

THEREFORE, defendant DALTON, individually, requests that the Court dismiss him from the cause of action with prejudice, or any other relief that the Court finds appropriate.

Respectfully submitted on this the 15th of August, 2014 by and for

DALTON MENZIES

Signature: _____
Dalton Menzies, Pro'Se
Reg. No. 16540-179
FCI Big Spring
1900 Simler Avenue
Big Spring, TX  79720

-1-